In the Matter of the Probate of the Heirship to Real Property within the State of New York of Which PATRICK MCREYNOLDS Died Seized in Fee.— Decree affirmed, with costs to the respondents, payable out of the estate. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for reversal on the facts.

EMMA O'BRIEN, Respondent, v. GEORGE J. GRAINGE, Appellant, and CLARENCE A. PHINNEY, Defendant.— Judgment and order affirmed, with costs. All concur.

JOHN O'BRIEN, Respondent, v. GEORGE J. GRAINGE, Appellant, and CLARENCE A. PHINNEY, Defendant.— Judgment and order affirmed, with costs. All concur.

MARION TRUNZO, Appellant, v. AMERICAN NATIONAL FIRE INSURANCE COMPANY OF COLUMBUS, OHIO, and Another, Respondents.— Judgment and order affirmed, with costs. All concur.

MARION TRUNZO, Appellant, v. LONDON AND LANCASHIRE FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, and Another, Respondents.— Judgment and order affirmed, with costs. All concur.

MARION TRUNZO, Appellant, v. REPUBLIC FIRE INSURANCE COMPANY, PITTSBURGH, PENNSYLVANIA, Respondent.— Judgment and order affirmed, with costs. All concur.

CONRAD POPP, Respondent, v. CENTRAL FREIGHTWAYS, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur.

AGNES MCVEAN, as Executrix, etc., of DUNCAN H. MCVEAN, Deceased, Respondent, v. JOSEPH MCFADDEN and Others, Appellants.— Judgment and order reversed on the facts and new trial granted, with costs to appellants to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is affirmed, without costs of this appeal to either party. All concur.

DOMINICO CAMPANA, Respondent, v. NEWARK FIRE INSURANCE COMPANY, Appellant, and LIVINGSTON COUNTY TRUST COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs.

H. C. HEMINGWAY & COMPANY, Respondent, v. WILLIAM J. NORCROSS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

COLUMBIA GRAPHOPHONE COMPANY, Appellant, v. CHARLES E. DICKINSON, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Application of E. RAY VOORHEES for the Removal of JOHN COPLER, a Justice of the Peace of the Town of Hume, Allegany County, N. Y.— Issues raised by the petition and answer referred to Hon. John B. M. Stephens, official referee, to take proofs thereon and return the same to this court, together with his opinion thereon, with all convenient speed.

AMERICAN SURETY COMPANY OF NEW YORK, Appellant, v. EMPIRE TRUST COMPANY and Others, Respondents, Appellants, and WYANDOTTE SAVINGS BANK, Respondent.— Judgment and order affirmed, with costs to the defendant Empire Trust Company against the plaintiff. All concur.